822

No. 84–1855. STEINES v. ROCK ISLAND ARSENAL DEPARTMENT OF ARMY ET AL. C. A. 7th Cir. Certiorari denied. ■

No. 84–1856. DAIRYMEN, INC. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1858. LEX TEX LTD. INC. v. J. P. STEVENS & CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied. ■

No. 84–1861. WIVORKOSKI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 84–1866. DI GILIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–1868. PENNZOIL CO. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–1871. HOROWITZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–1873. WEIDE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–1874. BEEKER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 84–1876. TRANSCO EXPLORATION CO., INC. v. ROWAN COS., INC. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 84–1879. CITY OF SUGAR LAND ET AL. v. SIGNAD, INC. C. A. 5th Cir. Certiorari denied.

No. 84–1883. MCCLINTOCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–1884. GONZALEZ-RIOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–1885. HERIER-DARCHERIEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.